UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
MAY 26 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**CRIMINAL MINUTES - GENERAL**

Case No.  CR 18-467-AB-1                            Date  May 26, 2022

Title  United States v. Edward Padilla

Present: The Honorable  Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

    ☒  will appear for further proceedings as required if released.

    ☒  will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

    ☒  Allegations in petition

    ☒  Lack of bail resources

    ☐  No stable residence or employment

    ☐  Ties to foreign countries

    ☐  Previous failure to appear or violations of probation, parole, or release

    ☒  Nature of previous criminal convictions

    ☒  Substance abuse

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Case No.   CR 18-467-AB-1                                Date   May 26, 2022

Title      United States v.   Edward Padilla

☐ Already in custody on state or federal offense

☐ Refusal to interview with Pretrial Services

☐

☐ Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.